Battle, J.
 

 The case'of
 
 Armstead
 
 v.
 
 Harromond,
 
 4 Hawks’" Rep. 339, is a direct authority in support of the opinion expressed by his Honor in the Court below. That was a suit upon an administration bond against the administrator and his-sureties, and although it was held that a previous judgment against the adminisirator, in which he was fixed with assets, was not evidence against his sureties, as to the assets, yet it was evidence against him, both as to the debt and assets. That the j udgment against the administrator is conclusive, appears as well from that case, as from the recent one of of
 
 Strickland
 
 v.
 
 Murphy,
 
 7 Jones, 242. Whether it was so as against the sureties, we need not enquire, for in the case -now before us, they were not parties to the record in the Su
 
 *425
 
 perior Court. It is true, that in the county court the writ had been issued against and served upon them, but they did not appear and plead, and the judgment in that Court was rendered against the administrator alone, from which he apappealed, and was, of course, the only party defendant to the record in the Superior Court. The evidence which he offered for the purpose of showing that at the time of the previous judgment against him, he had fully administered all the assets which had come into his hands, Was, therefore, properly rejected, and the judgment must be affirmed.
 

 Per Curiam,
 

 Judgment affirmed.